| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **FNU LNU, a/k/a DERRICK WONG.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon defendant's Motion to Seal Exhibit and Attachments. Having considered defendant's Motion to Seal Exhibit and Attachments in accordance with Local Criminal Rule 55.1(C),and reviewed the pleadings, and it appearing that good cause has been shown for the relief sought in that such exhibit contains personal financial information of the defendant, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Seal Exhibit and Attachments (#16) is **GRANTED,** and Exhibit A and attachments 1 through 19 thereto, which are associated with Docket Entry# 15, are **SEALED**.

Signed: January 27, 2009

Dennis L. Howell
United States Magistrate Judge