# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:08CR38

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| FNU LNU, a/k/a Derrick Wong ) | |

**THIS MATTER** is before the Court on oral motion of the Defendant's counsel to continue the sentencing hearing from the July 29, 2009, calendar.

It appearing that Defendant's counsel is involved in a jury trial in state court and will not finish the trial in time to appear for the scheduled hearing,

**IT IS, THEREFORE, ORDERED** that this case is continued from the July 29, 2009, calendar and will be rescheduled for August 13, 2009.

Signed: July 28, 2009

Lacy H. Thornburg
United States District Judge