# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL CASE NO. 2:08cr38

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| FNU LNU, a/k/a Derrick Wong. ) | |

**THIS MATTER** is before the Court to exonerate the Security Agreement and Deed of Trust posted as bond for the Defendant herein.

The Defendant was arrested on December 11, 2008. On February 13, 2009, the Defendant was released on an unsecured bond in the amount of $500,000 and a secured bond in the amount of $500,000, which was posted by him and his wife, Rosemary Wong, in the form of a Security Agreement and a North Carolina Deed of Trust. The Security Agreement and Deed of Trust have been held by the Clerk pending final disposition of this case.

On February 6, 2009, the Defendant entered a plea of guilty pursuant to a plea agreement with the Government. He remained on bond until he was sentenced on August 13, 2009, at which time he received a sentence

of twenty-four (24) months' probation. There being no further liability on the bond, the Court will order it exonerated.

**IT IS, THEREFORE, ORDERED** that the bond referenced herein is hereby **EXONERATED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to write across the face of the Security Agreement and Deed of Trust that the bond has been exonerated and that the Security Agreement and Deed of Trust have been paid and satisfied, and thereafter return the same to the Defendant, in care of his attorney, John C. Hunter, at the following address:

> John C. Hunter, Esq.
> The John C. Hunter Law Firm, PLLC
> One North Pack Square, Suite 418
> Asheville, North Carolina 28801

**IT IS SO ORDERED.**

Signed: September 3, 2009

Martin Reidinger
United States District Judge